**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-00076-RBJ

ANITA MARTIN,

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO d/b/a XCEL ENERGY, a wholly-owned subsidiary of Xcel Energy Inc.,

    Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO TWO EXHIBITS TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

Defendant, Public Service Company of Colorado ("PSCo"), through its undersigned counsel, hereby moves to restrict public access to Exhibits R and S to its Motion for Summary Judgment [Doc. # 57-18 and 57-19]. In support of this motion, PSCo states as follows:

    1.    <u>D.C.COLO.LCivR 7.1(a) Certification</u>. Undersigned counsel certifies that she conferred with Plaintiff's counsel on March 24, 2021 regarding this Motion. Plaintiff does not oppose the relief sought herein.

    2.    Defendant filed its Motion for Summary Judgment [Doc. # 56] with the Court on March 22, 2021. Exhibits R [Doc. #57-18] and S [Doc. #57-19] to the Motion contain cell phone numbers for non-parties to the case. (The documents are marked "confidential" pursuant to the protective order in this matter.)

3. Due to the inclusion of personal cell phone numbers, these documents have the potential to invade the privacy of non-parties and cause them inconvenience or harassment if revealed to the public.

4. Restriction of these two documents would protect the privacy of the non-parties affected.

5. Restriction is necessary in this case because the documents are on file, and redaction of this sensitive information is therefore impossible.

6. A proposed order is filed with this Motion as Exhibit A.

7. Undersigned counsel certifies that she has reviewed the Court's Practice Standards regarding restriction of public access and has tailored the proposed order accordingly.

WHEREFORE, Defendant respectfully requests that the Court restrict public access to Exhibits R and S to its Motion for Summary Judgment [Docs. #57-18 and 57-19] and maintain them as Level 1 restricted documents.

Respectfully submitted this 24th day of March 2021.

MARTINEZ LAW GROUP, P.C.

By: */s/ Meghan W. Martinez*
Meghan W. Martinez
720 South Colorado Boulevard
South Tower, Suite 1020
Denver, CO 80246
Telephone: (303) 597-4000
Fax: (303) 597-4001
martinez@mlgrouppc.com

ATTORNEY FOR DEFENDANT

3

## CERTIFICATE OF SERVICE

  I hereby certify that on this 24th day of March 2021, I electronically served a true and correct copy of the foregoing via CM/ECF on the following:

Anne T. Sulton, Ph.D., J.D.
Sulton Law Offices
P.O. Box 371335
Milwaukee, WI 53237
annesulton@gmail.com

                */s/ Sarah Nolan*
                 Sarah Nolan